STATE of Missouri, Respondent,

v.

Ramon P. ALARCON, Appellant.

No. WD 38931.

Missouri Court of Appeals, Western District.

Sept. 22, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 27, 1987.

Robert G. Duncan, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and NUGENT and GAITAN, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for sodomy, in violation of § 566.060, RSMo 1986, and indecent exposure, in violation of § 566.130, RSMo 1986.

Judgment affirmed. Rule 30.25(b).